JS-6

1  JOHN B. SULLIVAN (State Bar No. 96742)
   jbs@severson.com
2  REGINA J. McCLENDON (State Bar No. 184669)
   rjm@severson.com
3  JASON M. JULIAN (State Bar No. 215342)
   jmj@severson.com
4  SEVERSON & WERSON
   A Professional Corporation
5  One Embarcadero Center, Suite 2600
   San Francisco, CA  94111
6  Telephone:  (415) 398-3344
   Facsimile:  (415) 956-0439

7
   Attorneys for Defendant
8  LITTON LOAN SERVICING LP

9
                    UNITED STATES DISTRICT COURT
10
                    CENTRAL DISTRICT OF CALIFORNIA
11

12
   FRANCISCO J. CADENA, III,            Case No.:   CV08- 7345 R-PJW
13
              Plaintiff,
14                                       JUDGMENT
         vs.
15
   QUALITY LOAN SERVICE CORP.,
16 LITTON LOAN SERVICING LP, and
   DOES 1-50, inclusive,
17
              Defendants.
18

19       On March 23, 2009, this Court granted defendant Litton Loan Servicing

20 LP's ("Litton") Motion to Dismiss the Complaint of plaintiff Francisco J. Cadena,

21 III, without leave to amend.

22       IT IS ORDERED, ADJUDGED AND DECREED that:

23       1.   Litton's Motion to Dismiss is granted on its merits in its entirety with

24 prejudice.  Judgment is entered in favor of Litton and against Plaintiff.

25       2.   The law firm of M.W. ROTH, P.L.C., and attorney Mitchell W. Roth

26 shall refund to its client, Francisco J. Cadena, III, all monies paid for the

27 prosecution of the above-captioned matter.

28

15303/0003/721044.1                              [PROPOSED] JUDGMENT
                                                 Case No.: CV08- 7345 R-PJW

1        3.    The law firm of M.W. ROTH, P.L.C., and attorney Mitchell W. Roth, jointly and severally, shall pay the sum of $21,554.59 to Litton, for costs incurred in defense of the above-captioned matter.

DATED: March 31, 2009

By: _____
The Honorable Manuel L. Real
United States District Court Judge

15303/0003/721044.1       [PROPOSED] JUDGMENT
Case No.: CV08- 7345 R-PJW

## CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of San Francisco, California; my business address is Severson & Werson, One Embarcadero Center, Suite 2600, San Francisco, CA 94111.

On the date below I served a copy, with all exhibits, of the following document(s):

**[PROPOSED] JUDGMENT**

on all interested parties in said case addressed as follows:

| | |
|---|---|
| Francisco J. Cadena, III<br>357 Miles Avenue<br>Santa Maria, CA 95455 | *Plaintiff* |
| Mitchell W. Roth, Esq.<br>M.W. ROTH, P.L.C.<br>13245 Riverside Drive, Suite 320<br>Sherman Oaks, CA 91423 | *Attorneys for Plaintiff Francisco J. Cadena, III* |

☒ **(BY MAIL)** By placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in San Francisco, California in sealed envelopes with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. This declaration is executed in San Francisco, California, on March 30, 2009.

_____
Kimberley Byars